# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter **13** |
| **Kenneth Gregory Cook** | ) | Case No. **18-53572-PMB** |
| | ) | Judge **Paul M. Baisier** |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned attorney enters this Notice of Appearance on behalf of CARRINGTON MORTGAGE SERVICES, LLC, its successors or assigns (hereinafter referred to as "Creditor"), a secured creditor in the above referenced case on real property located at 5771 Southland Walk, Stone Mountain, GA 30087. Creditor, through counsel, hereby requests that all notices to Debtor(s) or Creditors also be mailed in care of Creditor as follows:

> Shapiro Pendergast & Hasty, LLP
> 211 Perimeter Center Parkway, N.E., Suite 300
> Atlanta, GA 30346

Date: March 6, 2018                                       **Shapiro Pendergast & Hasty, LLP**

*/s/ Lucretia L. Scruggs*
Lucretia L. Scruggs
Georgia Bar No. 371008
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665
lscruggs@logs.com