UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>KENNETH GREGORY COOK,<br><br>DEBTOR. | CHAPTER 13<br><br>CASE NO.: 18-53572-PMB |

**CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

COMES NOW MELISSA J. DAVEY, Chapter 13 Trustee, and objects to confirmation of the plan and files this Motion to Dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. Debtor has failed to file a Certificate of Service indicating that a Notice of Hearing on Confirmation was timely served on all creditors materially and adversely affected by the Pre-Confirmation Modified Plan and/or Modification Statement, in violation of F.R.B.P. 3015, 2002 and NDGA Bankruptcy Court General Order 21-2017, Section 4.3.

WHEREFORE, the Trustee moves the Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

July 31, 2018

/s/Jason L. Rogers
Jason L. Rogers
Attorney for the Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

18-53572-PMB

# CERTIFICATE OF SERVICE

This is to certify that I have this day served:

    DEBTOR(S):
    KENNETH GREGORY COOK
    5771 SOUTHLAND WALK
    STONE MOUNTAIN, GA  30087

    DEBTOR(S) ATTORNEY:
    SLIPAKOFF & SLOMKA, PC
    OVERLOOK III, SUITE 1700
    2859 PACES FERRY RD, SE
    ATLANTA, GA  30339

with a copy of the Chapter 13 Trustee's Supplemental Objection to Confirmation and Motion to Dismiss by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

July 31, 2018

    Prepared and Presented by:

    /s/Jason L. Rogers
    Jason L. Rogers
    Attorney for the Chapter 13 Trustee
    GA Bar No. 142575
    260 Peachtree Street, NW, Suite 200
    Atlanta, GA 30303
    (678) 510-1444 Phone
    (678) 510-1450 Fax