

**IT IS ORDERED as set forth below:**

**Date: May 5, 2020**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISON

IN RE:

| | | |
|---|---|---|
| KENNETH GREGORY COOK | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 18-53572-PMB |

### ORDER GRANTING DEBTOR'S MOTION TO SUSPEND PLAN PAYMENTS FOR MAY, JUNE AND JULY 2020

This matter arose upon Debtor's "Motion to Suspend Plan Payments for May, June and July 2020" ("Motion"), filed in the above-styled Chapter 13 case on March 24, 2020 (Docket Entry No. 43). The Hearing was held on April 30, 2020. The Motion seeks to suspend Debtor's Chapter 13 plan payments for the months of May, June and July 2020, with a matching reduction in Plan base. The Chapter 13 Trustee did not oppose the Motion and no appearances were made by any other party in interest. After review of the record and the pleadings in this case and for good cause shown, it is hereby

**ORDERED** that Debtor's Motion is **GRANTED** the payments for May, June and July 2020 are suspended. Debtor shall resume the Chapter 13 Plan payments in August, 2020, at which time Debtor shall amend Schedules I and J and modify the Chapter 13 plan to cure terms, if necessary. It is further

**ORDERED** that the Plan base is not reduced.

**END OF DOCUMENT**

PREPARED BY:

/s/_____
Howard P. Slomka, Esq.
GA Bar No. 652875
Slipakoff & Slomka, PC
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339
Attorney for Debtor

No Opposition:

/s/_____
Kelsey A. Makeever, Esq.
Georgia Bar No. 371499
Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, N.E.
Suite 200
Atlanta, GA 30303
Attorney for Chapter 13 Trustee

# DISTRIBUTION LIST

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, N.E.
Suite 200
Atlanta, GA 30303

Kenneth Gregory Cook
5771 Southland Walk
Stone Mountain, GA 30087


ALL PARTIES ON THE MAILING MATRIX