IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| KENNETH GREGORY COOK | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 18-53572-PMB |

**MOTION TO SUSPEND PLAN PAYMENTS FOR
APRIL, MAY JUNE 2021**

COMES NOW THE DEBTOR, KENNETH GREGORY COOK, in the above-styled Chapter 13 case, by and through counsel, and files this "Motion to Suspend Plan Payments for April, May and June ("Motion"), showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on March 2, 2018 and Debtor's Chapter 13 Plan was confirmed by this Court on October 24, 2018.

5.

Debtor is scheduled for a total hip replacement surgery on March 25, 2021 through Emory Orthopaedics and Spine Center. His doctors predict that he will be off work recuperating for at least 10 weeks. Debtor requests the Court to suspend Debtor's monthly Chapter 13 payments for April, May, June 2021, without a reduction in Plan base. The suspension of payments will allow Debtor to return to work in time to resume his payments. Debtor will resume Chapter 13 plan payments in July 2021.

WHEREFORE, Debtor prays:

(a) That this Motion to be filed, read, and considered:

(b) That this Honorable Court grant this Motion; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

_____/s/_____
Howard Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
Slipakoff & Slomka, PC
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

| | | |
|---|---|---|
| KENNETH GREGORY COOK | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 18-53572-PMB |

**NOTICE OF HEARING**

  **PLEASE TAKE NOTICE** that KENNETH GREGORY COOK has filed a Motion to Suspend Plan Payments for April, May, June 2021 and related papers with the Court seeking an Order on the Motion to Suspend Plan Payments.

  **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Suspend Plan Payments in **Courtroom 1202**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at **10:15 A.M. on April 22, 2021.**

**\*Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB website prior to the hearing for instructions on whether to appear in person or by phone.**

  Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340,

75 Ted Turner Drive SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

[DATE & SIGNATURE ON FOLLOWING PAGE]

Dated: March 22, 2021                                /s/

                                                                                 Howard Slomka, Esq.
                                                                                 Georgia Bar #652875
                                                                                 Attorney for Debtor
                                                                                 Slipakoff & Slomka, PC
                                                                                 6400 Powers Ferry Road
                                                                                 Suite 391
                                                                                 Atlanta, GA 30339

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

KENNETH GREGORY COOK             :        CHAPTER 13
                                 :
    Debtor.                      :        CASE NO.: 18-53572-PMB

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing MOTION TO SUSPEND PLAN PAYMENTS FOR APRIL, MAY, JUNE 2021 in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Melissa J. Davey (served ECF)
Chapter 13 Trustee
260 Peachtree Street, N.E.
Suite 200
Atlanta, GA 30303

Kenneth Gregory Cook
5771 Southland Walk
Stone Mountain, GA 30087


SEE ATTACHED FOR ADDITIONAL LIST OF CREDITORS

Dated: March 22, 2021

                                                                          _____/s/_____

                                                       Howard Slomka, Esq.
                                                       GA Bar #652875
                                                       Attorney for Debtor
                                                       Slipakoff & Slomka, PC
                                                       6400 Powers Ferry Road NW
                                                       Suite 391
                                                       Atlanta, GA 30339

```
Label Matrix for local noticing          William Alexander Bozarth              (p)CAINE & WEINER COMPANY
113E-1                                   Office of Melissa J. Davey             12005 FORD ROAD 300
Case 18-53572-pmb                        Standing Chapter 13 Trustee            DALLAS TX 75234-7262
Northern District of Georgia             Suite 200
Atlanta                                  260 Peachtree Street, NW
Mon Mar 22 15:55:56 EDT 2021             Atlanta, GA 30303-1236

Capital One Auto Finan                   Capital One Auto Finance               Capital One Auto Finance, c/o AIS Portfoli
3901 Dallas Pkwy                         4515 N Santa Fe Ave. Dept. APS         4515 N Santa Fe Ave. Dept. APS
Plano, TX 75093-7864                     Oklahoma City, OK 73118-7901           Oklahoma City, OK 73118-7901


Carrington Mortgage Services             Carrington Mortgage Services, LLC      Kenneth Gregory Cook
1610 E. Saint Andrew Place               1600 South Douglass Road               5771 Southland Walk
Santa Ana, CA 92705-4941                 Anaheim, CA 92806-5951                 Stone Mountain, GA 30087-5294


Julian T. Cotton                         Credit Control Service                 Melissa J. Davey
Padgett Law Group                        725 Canton Street                      Melissa J. Davey, Standing Ch 13 Trustee
Suite 203                                Norwood, MA 02062-2679                 Suite 200
6267 Old Water Oak Road                                                         260 Peachtree Street, NW
Tallahassee, FL 32312-3858                                                      Atlanta, GA 30303-1236


(p)GEORGIA DEPARTMENT OF REVENUE         Christopher Giacinto                   Internal Revenue Service
COMPLIANCE DIVISION                      Padgett Law Group                      PO Box 7346
ARCS BANKRUPTCY                          Suite 203                              Philadelphia, PA 19101-7346
1800 CENTURY BLVD NE SUITE 9100          6267 Old Water Oak Road
ATLANTA GA 30345-3202                    Tallahassee, FL 32312-3858


Richard J Joseph                         Midland Credit Management, Inc.        Midland Funding
Lazega & Johanson LLC                    as agent for Midland Funding LLC       8875 Aero Drive
PO Box 250800                            PO Box 2011                            Suite 200
Atlanta, GA 30325-1600                   Warren, MI 48090-2011                  San Diego, CA 92123-2255


Lucretia Lashawn Scruggs                 Howard P. Slomka                       Southland Owners Association
LOGS Legal Group, LLP                    Slipakoff & Slomka, PC                 5728 Southland Drive
211 Perimeter Center Parkway, N.E.       Suite 391                              Stone Mountain, GA 30087-5278
Suite 300                                6400 Powers Ferry Road NW
Atlanta, GA 30346-1305                   Atlanta, GA 30339-2970


The Southland Owners Association, Inc.   The Southland Owners Association, Inc. U. S. Attorney
C/O Lazega & Johanson, LLC               c/o Lazega & Johanson, LLC             600 Richard B. Russell Bldg.
P.O. Box 250800                          P.O. Box 250800                        75 Ted Turner Drive, SW
Atlanta, GA 30325-1600                   Atlanta, Georgia 30325-1600            Atlanta GA 30303-3315


(p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP
ATTN ROBERT ZAYAC
40 MARIETTA ST SUITE 300
ATLANTA GA 30303-2812
```