UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| KENNETH GREGORY COOK | ) | CASE NO.: 18-53572-PMB |
| | ) | |
| DEBTOR | ) | |
| | ) | |
| | ) | |

### NOTICE OF TRUSTEE'S INTENT TO STOP FUNDING CLAIM

Melissa J. Davey, Chapter 13 Trustee in the above styled case, hereby notifies the parties that the following claim will no longer be funded by the Trustee, as the Trustee has received notice from the creditor that the claim has been paid in full or otherwise satisfied (see attached).

| Name and Address of Creditor | Claim Number | Claim Amount |
|---|---|---|
| Capital One Auto Finan<br>3901 Dallas Pkwy<br>Plano, TX  75093 | 3 | $1,289.82 |

PLUS INTEREST @ 5.50%

If you object, please provide written notice to the Trustee or file an appropriate pleading with the Court within fourteen (14) days of the date of the Certificate of Service.

Dated: August 15, 2022

/s/Melissa J. Davey
Chapter 13 Trustee
STATE BAR NO. 206310
Standing Chapter 13 Trustee
233 PEACHTREE STREET NE
SUITE 2250
Atlanta, GA  30303
(678)510-1444
mail@13trusteeatlanta.com



PAYMENT PROCESSING CENTER
4795 Meadow Wood Lane, Suite 200
Chantilly, VA 20151

Please direct all correspondence to:
CAPITAL ONE AUTO FINANCE
PO BOX 260848
PLANO, TX 75026-0848

000694
MELISSA DAVEY
260 PEACHTREE ST NW 200
ATLANTA, GA 30303-1236

Dear MELISSA DAVEY:

Thank you for choosing Capital One for your auto finance needs. The attached check represents a refund in the amount of $3.16. Please refer to the memo line of the attached check for a description of the refund.

We look forward to meeting your future financial service needs.

Check Date: 03/10/22
Check Number: 13339954
Invoice Number: 000006531471
MEMO: 18-53572-PB-13

ORIGINAL CHECK HAS A COLORED BACKGROUND WITH A MICRO PRINTED WARNING BAND



CAPITAL ONE AUTO FINANCE
PO BOX 260848
PLANO, TX 75026-0848

32-1/1110

13339954

ACCOUNT NUMBER: 62062131397521001

DATE:    03/10/22

PAY EXACTLY:    Three Dollars And 16 Cents

$ *********3.16

PAY TO THE
ORDER OF:    MELISSA DAVEY*************************
260 PEACHTREE ST NW 200
ATLANTA, GA 30303-1236

VOID AFTER 180 DAYS
2854185851

MEMO: 18-53572-PB-13

Bank of America

EXPLANATION OF ADDITIONAL SECURITY FEATURES INDICATED ON REVERSE SIDE



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| KENNETH GREGORY COOK | ) CASE NO.: 18-53572-PMB |
| | ) |
| DEBTOR | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that on this day I caused a copy of this Notice of Trustee's Intent to Stop Funding Claim to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

Debtor:
Kenneth Gregory Cook
5771 Southland Walk
Stone Mountain, GA  30087

Creditor:
Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX  75093

I further certify that I have on this day electronically filed the foregoing Notice of Trustee's Intent to Stop Funding Claim using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC

Dated: August 15, 2022

/s/Melissa J. Davey
Chapter 13 Trustee
STATE BAR NO. 206310
Standing Chapter 13 Trustee
233 PEACHTREE STREET NE
SUITE 2250
Atlanta, GA  30303
(678)510-1444
mail@13trusteeatlanta.com